# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Felix Giron Mustilier | ) | Case No: CR92-1356RBJ |
| | ) | USM 22561-086 |
| Date of Previous Judgment: February 18, 1993 | ) | Sheryl Gordon McCloud |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 324 months **is reduced to** 240 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 38          Amended Offense Level: 36
Criminal History Category: IV          Criminal History Category: IV
Previous Guideline Range: 324 to 405 months          Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain): Departure based on defendant's severe health problems.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated February 18, 1993 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 8/6/08

*Robert J Bryan*
Judge's signature

Effective Date: _____
(if different from order date)

Hon. Robert J. Bryan
United States District Judge